IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREE INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 1:10-866 |
| SEMILEDS CORPORATION, et al. | : | |

FILED
MAR 1 7 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW this 16th day of March, 2011, as discussed in today's scheduling conference, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Leave to File a Second Amended Complaint *(Doc. No. 15)* is **GRANTED**. Defendants' bifurcation request is **DENIED without prejudice.**

2. Each Party may discover the emails of 20 of the opposing Party's custodians, including inventors, but must limit its email discovery to 50 search terms. Approximately half of Plaintiff's searches will combine "United States" with other search terms to discover Defendants' knowledge of sales of their products within the United States.

3. The Parties shall jointly submit **by Wednesday, March 23, 2011** a proposed scheduling order that includes proposed dates for *Markman* proceedings.

IT IS SO ORDERED.

_____
Paul S. Diamond, J.