IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREE, INC., § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | C.A. No. 10-866-PSD |
| § | | |
| SEMILEDS CORPORATION and HELIOS § | | |
| CREW CORP., § | | |
| Defendants. § | | |

## NOTICE OF SUBPOENAS *DUCES TECUM*

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Cree, Inc. will cause the attached subpoenas *duces tecum* to be served on the following:

Tab 1  Lite-On, Inc.
    8203 Willow Place Drive S#310
    Houston, TX 77070-5655

Tab 2  DOMINANT Opto Technologies
    25 Rockaway Road
    Lebanon, NJ 08833

Tab 3  Innovations in Optics
    82 Cummings Park
    Woburn, MA 01801-2120

Tab 4  Harvatek International, Inc.
    3350 Scott Blvd., Building 41-01
    Santa Clara, CA 95054

Tab 5  Intematix Technology Center Corp.
    46410 Fremont Blvd.
    Fremont, CA 94538-6469

|  |  |
|---|---|
| | /s/ Laura D. Hatcher |
| | Frederick L. Cottrell, III (#2555) |
| | cottrell@rlf.com |
| | Anne Shea Gaza (#4093) |
| | gaza@rlf.com |
| | Laura D. Hatcher (#5098) |
| | hatcher@rlf.com |
| | RICHARDS, LAYTON & FINGER, P.A. |
| | One Rodney Square |
| | 920 N. King Street |
| | Wilmington, Delaware 19801 |
| | (302) 651-7700 |
| Dated: March 23, 2011 | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2011, I caused to be served by electronic mail copies of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
rsmith@mnat.com

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wwright@orrick.com

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC 20005
srouth@orrick.com
sjensen@orrick.com

/s/ Laura D. Hatcher
Laura D. Hatcher (#5098)
hatcher@rlf.com