IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEMILEDS CORPORATION, et al. | : | NO. 1:10-866 |

O R D E R

AND NOW, this 28th day of March, 2011, **IT IS HEREBY ORDERED** that a Technology Tutorial is scheduled on **April 14, 2011 at 2:00 p.m.** in the above-captioned case, United States District Court, 601 Market Street, Courtroom 6-B, Philadelphia, PA 19106.

PAUL S. DIAMOND, J.

civil-o.frm (9/97)