IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEMILEDS CORPORATION and HELIOS CREW CORP.,<br><br>　　　　Defendants. | C.A. No. 10-866-PSD |

### [JOINT] PROPOSED SCHEDULING ORDER

**Preliminary**

　　Rule 26(f) report:  **December 7, 2010**

　　Initial Disclosures:  **December 16, 2010**

　　Amendment of pleadings:  **April 13, 2011**

　　Joinder of additional parties:  **April 13, 2011**

　　Initial Technology Tutorial:  **April 14, 2011, at 2:00 p.m.**

**Fact Discovery**

　　Substantial completion of non-email document production:  **March 31, 2011**

　　Substantial completion of email document production:  **May 16, 2011**

　　Completion of Fact Discovery:  **July 29, 2011**

**Claim Construction**

    Parties exchange terms in need of construction: **June 14, 2011**

    Parties exchange proposed constructions: **June 29, 2011**

    Parties meet and confer to narrow claim construction disputes: **July 15, 2011**

    Parties file joint claim construction charts: **July 29, 2011**

    Simultaneous Opening Markman Briefs: **August 5, 2011**

    Simultaneous Responsive Markman Briefs: **August 26, 2011**

    Technical Tutorial: **September 2, 2011**

    Markman Hearing: **September 16, 2011**


SO ORDERED this ___ day of _____, 2011

_____
Paul S. Diamond, United States District Court Judge