IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREE INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 1:10-866 |
| SEMILEDS CORPORATION, et al. | : | |

## SCHEDULING ORDER

AND NOW this 31st day of March, 2011, it is hereby ORDERED that the Parties shall adhere to the following deadlines:

### Preliminary

Rule 26(f) report: **December 7, 2010**

Initial Disclosures: **December 16, 2010**

Amendment of pleadings: **April 13, 2011**

Joinder of additional parties: **April 13, 2011**

Initial Technology Tutorial: **April 14, 2011 at 2:00p.m.**

### Fact Discovery

Substantial completion of non-email document production: **March 31, 2011**

Substantial completion of email document production: **May 16, 2011**

Completion of Fact Discovery: **July 29, 2011**

### Claim Construction

Parties exchange terms in need of construction: **June 14, 2011**

Parties exchange proposed constructions: **June 29, 2011**

Parties meet and confer to narrow claim construction disputes: **July 15, 2011**

Parties file joint claim construction charts: **July 29, 2011**

Simultaneous Opening Markman Briefs: **August 5, 2011**

Simultaneous Responsive Markman Briefs: **August 26, 2011**

Technical Tutorial: **September 7, 2011 at 2:00 p.m.**

Markman Hearing: **September 12, 2011 at 2:00 p.m.**

IT IS SO ORDERED.

Paul S. Diamond, J.