# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE INC., <br><br> Plaintiff, <br><br> v. <br><br> SEMILEDS CORPORATION AND HELIOS CREW CORP., <br><br> Defendants. | C.A. No. 10-866-PD |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant SemiLEDs Corporation's Second Supplemental Response to Plaintiff Cree Inc.'s First Set of Interrogatories,* were caused to be served on April 12, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire <br> Anne Shea Gaza, Esquire <br> RICHARDS, LAYTON & FINGER, P.A. <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| William F. Lee, Esquire <br> Cynthia D. Vreeland, Esquire <br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> 60 State Street <br> Boston, MA  02109 | *VIA ELECTRONIC MAIL* |
| Heath A. Brooks, Esquire <br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> 1801 Pennsylvania Avenue, NW <br> Washington, DC  20006 | *VIA ELECTRONIC MAIL* |

Lynne A. Borchers, Esquire                       *VIA ELECTRONIC MAIL*
MYERS BIGEL
4140 Parklake Avenue, Suite 600
Raleigh, NC  27612

                                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                         */s/ Rodger D. Smith II*

                                           Rodger D. Smith II (#3778)
                                           1201 North Market Street
OF COUNSEL:                             P.O. Box 1347
                                           Wilmington, DE  19899
William H. Wright                   (302) 658-9200
Orrick, Herrington & Sutcliffe LLP      rsmith@mnat.com
777 South Figueroa Street
Suite 3200                                    *Attorneys for Defendants*
Los Angeles, CA  90017
(213) 629-2020

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC  20005
(202) 339-8400

April 12, 2011

2936476

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Frederick L. Cottrell, III, Esquire
> Anne Shea Gaza, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on April 12, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| William F. Lee, Esquire<br>Cynthia D. Vreeland, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109 | *VIA ELECTRONIC MAIL* |
| Heath A. Brooks, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1801 Pennsylvania Avenue, NW<br>Washington, DC 20006 | *VIA ELECTRONIC MAIL* |
| Lynne A. Borchers, Esquire<br>MYERS BIGEL<br>4140 Parklake Avenue, Suite 600<br>Raleigh, NC 27612 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)