IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE, INC.,<br>　　　　Plaintiff,<br><br>　　　　v.<br>SEMILEDS CORPORATION and HELIOS<br>CREW CORP.,<br><br>　　　　Defendants. | C.A. No. 10-866-PD |

### STIPULATED ORDER ON CREE'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT

WHEREAS, on April 13, 2011, plaintiff Cree, Inc. ("Cree") filed a Motion for Leave to File Third Amended Complaint for Patent Infringement ("Motion for Leave"); and

WHEREAS, the Motion for Leave seeks to add as a defendant SemiLEDs Optoelectronics Co., Ltd.,

WHEREAS, defendants SemiLEDs Corporation and Helios Crew Corp. do not oppose the Motion for Leave; and

WHEREAS, SemiLEDs Optoelectronics Co. Ltd. agrees that it will not contend in this case that the Court lacks personal jurisdiction over it; and

WHEREAS, upon entry of this Order, Cree agrees to dismiss the case it filed against SemiLEDs Optoelectronics Co., Ltd. in the United States District Court for the Middle District of North Carolina;

IT IS THEREFORE STIPULATED AND AGREED, subject to approval of the Court, that Cree's Motion for Leave shall be and hereby is GRANTED, and the Third Amended Complaint is deemed to be filed and served as of the date of this Order.

| | |
|---|---|
| /s/ Rodger D. Smith, II Rodger D. Smith II (#3778)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com | /s/ Laura D. Hatcher<br>Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>Laura D. Hatcher (#5098)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br>hatcher@rlf.com |
| OF COUNSEL:<br><br>William H. Wright<br>Orrick, Herrington & Sutcliffe LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA 90017<br>(213) 629-2020<br><br>Steven J. Routh<br>Sten A. Jensen<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th Street, NW<br>Washington, DC 20005<br>(202) 339-8400 *Attorneys for Defendants*<br><br>Dated: April 21, 2011 | OF COUNSEL:<br><br>William F. Lee<br>Cynthia D. Vreeland<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>(617) 526-6000<br><br>Heath A. Brooks<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1801 Pennsylvania, Avenue NW Washington, DC 20006 (202) 663-6000<br><br>Lynne A. Borchers<br>MYERS BIGEL<br>4140 Parklake Ave., Suite 600<br>Raleigh, NC 27612<br>(919) 854-1400<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED this 26th day of April 2011.

_____
Paul S. Diamond, J.