IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEMILEDS CORPORATION and HELIOS CREW CORP., <br><br> Defendants. | § § § § § § § § § § § § § § § | C.A. No. 10-866-PSD <br><br> **REDACTED PUBLIC VERSION** |

**DECLARATION OF LAURA D. HATCHER IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

I, Laura D. Hatcher, declare:

1. I am an attorney with the law firm Richards, Layton & Finger, counsel representing Plaintiff Cree, Inc. in the above-captioned matter.

2. I am admitted to practice before this Court.

3. I make submit declaration in support of Plaintiff's Motion for Leave to File Third Amended Complaint for Patent Infringement, filed simultaneously herewith. I have personal knowledge of the facts stated in this declaration.

4. Attached as Exhibit 1 is a true and correct copy of Plaintiff's Third Amended Complaint.

5. Attached as Exhibit 2 is a true and correct copy of excerpts from the Deposition of David Young, dated March 10, 2011.

6. Attached as Exhibit 3 is a true and correct copy of the Court's Scheduling Order dated April 6, 2011.

7. Attached as Exhibit 4 is a true and correct copy of images of an HTC cell phone containing SemiLEDs Corp's infringing LED chip and purchase receipt for an HTC cell phone containing SemiLEDs Corp's infringing LED chip.

8. Attached as Exhibit 5 is a true and correct copy of customer lists produced by Defendants and documents from public sources verifying the state of incorporation of Defendants' customers.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Laura D. Hatcher
Laura D. Hatcher (#5098)

Executed this 13th day of April, 2011.

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2011, I caused to be served by electronic mail copies of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
rsmith@mnat.com

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wwright@orrick.com

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC 20005
srouth@orrick.com
sjensen@orrick.com

/s/ Laura D. Hatcher
Laura D. Hatcher (#5098)
hatcher@rlf.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2011, I caused to be served by electronic mail copies of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
rsmith@mnat.com

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wwright@orrick.com

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC 20005
srouth@orrick.com
sjensen@orrick.com

/s/ Laura D. Hatcher
Laura D. Hatcher (#5098)
hatcher@rlf.com