IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEMILEDS CORPORATION and HELIOS CREW CORP., <br><br> Defendants. | C.A. No. 10-866-PSD |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Plaintiff Cree, Inc.'s First Supplemental Responses to Defendants' First Set Interrogatories (Nos. 1-9) were caused be served on May 2, 2011 as follows:

**VIA EMAIL**

Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
rsmith@mnat.com

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wwright@orrick.com

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC 20005
srouth@orrick.com
sjensen@orrick.com

| | |
|---|---|
| OF COUNSEL: | */s/ Laura D. Hatcher* |
| | Frederick L. Cottrell, III (#2555) |
| William F. Lee | cottrell@rlf.com |
| Cynthia D. Vreeland | Anne Shea Gaza (#4093) |
| WILMER CUTLER PICKERING | gaza@rlf.com |
| HALE AND DORR LLP | Laura D. Hatcher (#5098) |
| 60 State Street | hatcher@rlf.com |
| Boston, Massachusetts 02109 | Richards, Layton & Finger, P.A. |
| (617) 526-6000 | One Rodney Square |
| | 920 N. King Street |
| Heath A. Brooks | Wilmington, Delaware 19801 |
| WILMER CUTLER PICKERING | (302) 651-7700 |
| HALE AND DORR LLP | |
| 1801 Pennsylvania Avenue, NW | *Attorneys for Plaintiff Cree, Inc.* |
| Washington, DC 20006 | |
| (202) 663-6000 | |

Lynne A. Borchers
MYERS BIGEL
4140 Parklake Ave., Suite 600
Raleigh, NC 27612
(919) 854-1400

Dated: May 4, 2011