# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SEMILEDS CORPORATION AND HELIOS CREW CORP.,<br><br>  Defendants. | C.A. No. 10-866-PD |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant SemiLEDs Corporation's Fourth Supplemental Response to Plaintiff Cree Inc.'s First Set of Interrogatories (Nos. 1-17),* were caused to be served on May 9, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| William F. Lee, Esquire<br>Cynthia D. Vreeland, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109 | *VIA ELECTRONIC MAIL* |
| Heath A. Brooks, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1801 Pennsylvania Avenue, NW<br>Washington, DC  20006 | *VIA ELECTRONIC MAIL* |

<div style="display:flex; justify-content:space-between;">

Lynne A. Borchers, Esquire  
MYERS BIGEL  
4140 Parklake Avenue, Suite 600  
Raleigh, NC  27612

*VIA ELECTRONIC MAIL*

</div>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____
Rodger D. Smith II (#3778)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
rsmith@mnat.com

*Attorneys for Defendants*

OF COUNSEL:

William H. Wright  
Orrick, Herrington & Sutcliffe LLP  
777 South Figueroa Street  
Suite 3200  
Los Angeles, CA  90017  
(213) 629-2020

Steven J. Routh  
Sten A. Jensen  
Orrick, Herrington & Sutcliffe LLP  
1152 15th Street, NW  
Washington DC  20005  
(202) 339-8400

May 9, 2011

2936476

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Frederick L. Cottrell, III, Esquire
>Anne Shea Gaza, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on May 9, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| William F. Lee, Esquire<br>Cynthia D. Vreeland, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109 | *VIA ELECTRONIC MAIL* |
| Heath A. Brooks, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1801 Pennsylvania Avenue, NW<br>Washington, DC  20006 | *VIA ELECTRONIC MAIL* |
| Lynne A. Borchers, Esquire<br>MYERS BIGEL<br>4140 Parklake Avenue, Suite 600<br>Raleigh, NC  27612 | *VIA ELECTRONIC MAIL* |

>*/s/ Rodger D. Smith II*
>_____
>Rodger D. Smith II (#3778)