## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>SEMILEDS CORPORATION and HELIOS CREW CORP.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 10-866-PSD |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Plaintiff Cree, Inc.'s Objections

and Responses to Defendants' Second Set of Document Requests were caused be served on June

1, 2011 as follows:

## VIA EMAIL

Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
rsmith@mnat.com

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wwright@orrick.com

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC 20005
srouth@orrick.com
sjensen@orrick.com

-2-

OF COUNSEL:

William F. Lee
Cynthia D. Vreeland
Ryann M. Muir
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Heath A. Brooks
WILMER CUTLER PICKERING
HALE AND DORR LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

Lynne A. Borchers
MYERS BIGEL
4140 Parklake Ave., Suite 600
Raleigh, NC 27612
(919) 854-1400

Dated: June 2, 2011

*/s/ Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Plaintiff Cree, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2011, I caused to be served by electronic mail copies of

the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF

which will send notification of such filing(s) to the following:


Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
rsmith@mnat.com


William H. Wright                              Steven J. Routh
Orrick, Herrington & Sutcliffe LLP             Sten A. Jensen
777 South Figueroa Street                      Orrick, Herrington & Sutcliffe LLP
Suite 3200                                     1152 15th Street, NW
Los Angeles, CA 90017                          Washington DC 20005
wwright@orrick.com                             srouth@orrick.com
                                               sjensen@orrick.com



                                               /s/ Anne Shea Gaza
                                               Anne Shea Gaza (#4093)
                                               gaza@rlf.com


RLF1 3632898v. 1