# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE INC., <br><br> Plaintiff, <br><br> v. <br><br> SEMILEDS CORPORATION AND HELIOS CREW CORP., <br><br> Defendants. | C.A. No. 10-866-PD |

## DEFENDANTS' NOTICE OF DEPOSITION OF BRADLEY WILLIAMS

PLEASE TAKE NOTICE that SemiLEDs Corporation ("SemiLEDs"), SemiLEDs Optoelectronics, Inc. ("Semi-Opto") and Helios Crew Corporation ("Helios") (collectively, "Defendants"), by and through their attorneys, will take the deposition upon oral examination of Bradley Williams pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing either after 1:30 pm on June 22, 2011 or at 9:00 a.m. on June 23, 2011, at Myers Bigel Sibley & Sajovec, PA, 4140 Parklake Avenue, Suite 600, Raleigh, NC 27612. The testimony shall be before a notary public or other person authorized to administer oaths. The testimony shall be recorded by stenographic means and will also be videotaped.

The deposition will proceed in accordance with the Federal Rules of Civil Procedure and will continue from day to day until completed, unless otherwise agreed. You are invited to attend and cross-examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendants*

OF COUNSEL:

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA  90017
(213) 629-2020

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC  20005
(202) 339-8400

June 16, 2011

4328636

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Frederick L. Cottrell, III, Esquire
> Anne Shea Gaza, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on June 16, 2011, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                                             *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

William F. Lee, Esquire                                                          *VIA ELECTRONIC MAIL*
Cynthia D. Vreeland, Esquire
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109

Heath A. Brooks, Esquire                                                         *VIA ELECTRONIC MAIL*
WILMER CUTLER PICKERING HALE AND DORR LLP
1801 Pennsylvania Avenue, NW
Washington, DC  20006

Lynne A. Borchers, Esquire                                                       *VIA ELECTRONIC MAIL*
MYERS BIGEL
4140 Parklake Avenue, Suite 600
Raleigh, NC  27612

> */s/ Rodger D. Smith II*
> _____
> Rodger D. Smith II (#3778)