# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEMILEDS CORPORATION and HELIOS )<br>CREW CORP., )<br>)<br>Defendants. )<br>) | C.A. No. 10-866-PSD |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Plaintiff Cree, Inc.'s Objections and Responses to Defendants' Third Set of Document Requests were caused be served on June 16, 2011 as follows:

## VIA EMAIL

Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
rsmith@mnat.com

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wwright@orrick.com

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC 20005
srouth@orrick.com
sjensen@orrick.com

| | |
|---|---|
| OF COUNSEL:<br><br>William F. Lee<br>Cynthia D. Vreeland<br>Ryann M. Muir<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>(617) 526-6000<br><br>Heath A. Brooks<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>1801 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6000<br><br>Lynne A. Borchers<br>MYERS BIGEL<br>4140 Parklake Ave., Suite 600<br>Raleigh, NC 27612<br>(919) 854-1400<br><br>Dated: June 17, 2011 | */s/ Laura D. Hatcher*<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Laura D. Hatcher (#5098)<br>hatcher@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br><br>*Attorneys for Plaintiff Cree, Inc.* |

RLF1 3756728v. 1