# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE INC., <br><br> Plaintiff, <br><br> v. <br><br> SEMILEDS CORPORATION, HELIOS CREW CORP. and SEMILEDS OPTOELECTRONICS CO., <br><br> Defendants. | C.A. No. 10-866-PD |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Defendants' First Set of Requests for Admissions*; (2) *SemiLEDs Corporation, SemiLEDs Optoelectronics Co. and Helios Crew Corporation's Fourth Set of Interrogatories to Cree Incorporated (Nos. 15-25)*; and (3) *SemiLEDs Corporation and Helios Crew Corporation's Fourth Set of Document Requests to Cree Incorporated (Nos. 75-99)*, were caused to be served on June 29, 2011, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire　　　　　　　　　　　　　　　　*VIA HAND DELIVERY*
Anne Shea Gaza, Esquire　　　　　　　　　　　　　　　　　　　*and ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

William F. Lee, Esquire　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Cynthia D. Vreeland, Esquire
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109

Heath A. Brooks, Esquire            *VIA ELECTRONIC MAIL*
WILMER CUTLER PICKERING HALE AND DORR LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006

Lynne A. Borchers, Esquire            *VIA ELECTRONIC MAIL*
MYERS BIGEL
4140 Parklake Avenue, Suite 600
Raleigh, NC 27612

                                               MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                               */s/ Rodger D. Smith II*

                                               Rodger D. Smith II (#3778)
                                               1201 North Market Street
                                               P.O. Box 1347
OF COUNSEL:                             Wilmington, DE 19899
                                               (302) 658-9200
William H. Wright                          rsmith@mnat.com
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street                  *Attorneys for Defendants*
Suite 3200
Los Angeles, CA 90017
(213) 629-2020

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC 20005
(202) 339-8400

June 29, 2011

2936476

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Frederick L. Cottrell, III, Esquire
> Anne Shea Gaza, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on June 29, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | *VIA HAND DELIVERY*<br>*and ELECTRONIC MAIL* |
| William F. Lee, Esquire<br>Cynthia D. Vreeland, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109 | *VIA ELECTRONIC MAIL* |
| Heath A. Brooks, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1801 Pennsylvania Avenue, NW<br>Washington, DC  20006 | *VIA ELECTRONIC MAIL* |
| Lynne A. Borchers, Esquire<br>MYERS BIGEL<br>4140 Parklake Avenue, Suite 600<br>Raleigh, NC  27612 | *VIA ELECTRONIC MAIL* |

> */s/ Rodger D. Smith II*
> _____
> Rodger D. Smith II (#3778)