# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE INC., <br><br> Plaintiff, <br><br> v. <br><br> SEMILEDS CORPORATION, HELIOS CREW CORP. and SEMILEDS OPTOELECTRONICS CO., <br><br> Defendants. | C.A. No. 10-866-PD |

## DEFENDANTS' NOTICE OF DEPOSITION OF GEORGE BRANDES

PLEASE TAKE NOTICE that SemiLEDs Corporation ("SemiLEDs"), SemiLEDs Optoelectronics, Inc. ("Semi-Opto") and Helios Crew Corporation ("Helios") (collectively, "Defendants"), by and through their attorneys, will take the deposition upon oral examination of George Brandes pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:00 a.m. on July 14, 2011, at Myers Bigel Sibley & Sajovec, 4140 Parklake Ave., Suite 600, Raleigh, NC 27612. The testimony shall be before a notary public or other person authorized to administer oaths. The testimony shall be recorded by stenographic means and will also be videotaped.

The deposition will proceed in accordance with the Federal Rules of Civil Procedure and will continue from day to day until completed, unless otherwise agreed. You are invited to attend and cross-examine.

|  |  |
|---|---|
| OF COUNSEL:<br><br>William H. Wright<br>Orrick, Herrington & Sutcliffe LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA  90017<br>(213) 629-2020<br><br>Steven J. Routh<br>Sten A. Jensen<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th Street, NW<br>Washington DC  20005<br>(202) 339-8400<br><br>July 7, 2011<br><br>4366176.1 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Rodger D. Smith II*<br><br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rsmith@mnat.com<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 7, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Frederick L. Cottrell, III, Esquire
> Anne Shea Gaza, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

  I further certify that I caused to be served copies of the foregoing document on July 7, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| William F. Lee, Esquire<br>Cynthia D. Vreeland, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109 | *VIA ELECTRONIC MAIL* |
| Heath A. Brooks, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1801 Pennsylvania Avenue, NW<br>Washington, DC  20006 | *VIA ELECTRONIC MAIL* |
| Lynne A. Borchers, Esquire<br>MYERS BIGEL<br>4140 Parklake Avenue, Suite 600<br>Raleigh, NC  27612 | *VIA ELECTRONIC MAIL* |

                */s/ Rodger D. Smith II*
                _____
                Rodger D. Smith II (#3778)