# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEMILEDS CORPORATION and HELIOS )<br>CREW CORP., )<br>)<br>Defendants. )<br>) | C.A. No. 10-866-PSD |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Cree, Inc.'s Objections and Responses to Defendants' Second Notice of Deposition were caused be served on July 9, 2011 as follows:

## VIA EMAIL

Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
rsmith@mnat.com

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wwright@orrick.com

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC 20005
srouth@orrick.com
sjensen@orrick.com

| | |
|---|---|
| OF COUNSEL: | */s/ Laura D. Hatcher* |
| | Frederick L. Cottrell, III (#2555) |
| William F. Lee | cottrell@rlf.com |
| Cynthia D. Vreeland | Anne Shea Gaza (#4093) |
| Ryann M. Muir | gaza@rlf.com |
| WILMER CUTLER PICKERING | Laura D. Hatcher (#5098) |
| HALE AND DORR LLP | hatcher@rlf.com |
| 60 State Street | Richards, Layton & Finger, P.A. |
| Boston, Massachusetts 02109 | One Rodney Square |
| (617) 526-6000 | 920 N. King Street |
| | Wilmington, Delaware 19801 |
| Heath A. Brooks | (302) 651-7700 |
| WILMER CUTLER PICKERING | |
| HALE AND DORR LLP | *Attorneys for Plaintiff Cree, Inc.* |
| 1801 Pennsylvania Avenue, NW | |
| Washington, DC 20006 | |
| (202) 663-6000 | |

Lynne A. Borchers
MYERS BIGEL
4140 Parklake Ave., Suite 600
Raleigh, NC  27612
(919) 854-1400

Dated: July 11, 2011