# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>SEMILEDS CORPORATION, HELIOS CREW CORP. and SEMILEDS OPTOELECTRONICS CO.,<br><br>   Defendants. | C.A. No. 10-866-PD |

## DEFENDANTS' NOTICE OF DEPOSITION OF JOHN EDMUND

PLEASE TAKE NOTICE that SemiLEDs Corporation ("SemiLEDs"), SemiLEDs Optoelectronics, Inc. ("Semi-Opto") and Helios Crew Corporation ("Helios") (collectively, "Defendants"), by and through their attorneys, will take the deposition upon oral examination of John Edmund pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:00 a.m. on July 28, 2011, at Myers Bigel Sibley & Sajovec, PA, 4140 Parklake Avenue, Suite 600, Raleigh, NC 27612. The testimony shall be before a notary public or other person authorized to administer oaths. The testimony shall be recorded by stenographic means and will also be videotaped.

The deposition will proceed in accordance with the Federal Rules of Civil Procedure and will continue from day to day until completed, unless otherwise agreed. You are invited to attend and cross-examine.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Rodger D. Smith II* |
| OF COUNSEL: | Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rsmith@mnat.com |
| William H. Wright<br>Orrick, Herrington & Sutcliffe LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA  90017<br>(213) 629-2020 | *Attorneys for Defendants* |
| Steven J. Routh<br>Sten A. Jensen<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th Street, NW<br>Washington DC  20005<br>(202) 339-8400 | |
| July 20, 2011<br>4383427.1 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Frederick L. Cottrell, III, Esquire
>Anne Shea Gaza, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on July 20, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| William F. Lee, Esquire<br>Cynthia D. Vreeland, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109 | *VIA ELECTRONIC MAIL* |
| Heath A. Brooks, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1801 Pennsylvania Avenue, NW<br>Washington, DC  20006 | *VIA ELECTRONIC MAIL* |
| Lynne A. Borchers, Esquire<br>MYERS BIGEL<br>4140 Parklake Avenue, Suite 600<br>Raleigh, NC  27612 | *VIA ELECTRONIC MAIL* |

>*/s/ Rodger D. Smith II*
>_____
>Rodger D. Smith II (#3778)