IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SEMILEDS CORPORATION and HELIOS ) <br> CREW CORP., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 10-866-PSD |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff has served or will serve the attached subpoenas (Exhibits 1-5) in the above-referenced action as set forth below:

| | |
|---|---|
| Exhibit 1 | Caris & Company <br> c/o Darren Caris <br> 853 Camino Del Mar, Suite 100 <br> Del Mar, CA 92014 |
| Exhibit 2 | Intematix Corporation <br> 46410 Fremont Blvd. <br> Fremont, CA 94538-6469 |
| Exhibit 3 | Edison Opto USA Corp. <br> 2002 E. Locust Ct. <br> Ontario, CA 91764 |
| Exhibit 4 | Edison Opto USA Corp. <br> 2002 E. Locust Ct. <br> Ontario, CA 91764 |
| Exhibit 5 | Lite-On, Inc. <br> 8203 Willow Place Drive S #310 <br> Houston, TX 77070-5655 |

| | |
|---|---|
| OF COUNSEL:<br><br>William F. Lee<br>Cynthia D. Vreeland<br>Ryann M. Muir<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>(617) 526-6000<br><br>Heath A. Brooks<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>1801 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6000<br><br>Lynne A. Borchers<br>MYERS BIGEL<br>4140 Parklake Ave., Suite 600<br>Raleigh, NC 27612<br>(919) 854-1400<br><br>Dated: July 27, 2011 | */s/ Laura D. Hatcher*<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Laura D. Hatcher (#5098)<br>hatcher@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br><br>*Attorneys for Plaintiff Cree, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2011, I caused to be served by electronic mail copies of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
rsmith@mnat.com

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wwright@orrick.com

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC 20005
srouth@orrick.com
sjensen@orrick.com

/s/ Laura D. Hatcher
Laura D. Hatcher (#5098)
hatcher@rlf.com