## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CREE, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 10-866-PSD |
| SEMILEDS CORPORATION and HELIOS CREW CORP., | ) ) ) | |
| Defendants. | ) ) ) | |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that true and correct copies of (1) Cree, Inc.'s Objections and

Response to Defendants' Interrogatory No. 20, and (2) Cree, Inc.'s Supplemental Responses to

Defendants' Second Set of Interrogatories (Nos. 10-12) were caused be served on July 27, 2011

as follows:

## <u>VIA EMAIL</u>

Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
rsmith@mnat.com

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wwright@orrick.com

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC 20005
srouth@orrick.com
sjensen@orrick.com

OF COUNSEL:

William F. Lee
Cynthia D. Vreeland
Ryann M. Muir
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Heath A. Brooks
WILMER CUTLER PICKERING
HALE AND DORR LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

Lynne A. Borchers
MYERS BIGEL
4140 Parklake Ave., Suite 600
Raleigh, NC  27612
(919) 854-1400

Dated:  July 28, 2011

*/s/ Laura D. Hatcher*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware  19801
(302) 651-7700

*Attorneys for Plaintiff Cree, Inc.*