# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEMILEDS CORPORATION and HELIOS CREW CORP., <br><br> Defendants. | C.A. No. 10-866-PSD |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff has served or will serve the attached subpoenas (Exhibits 1-6) in the above-referenced action as set forth below:

| | |
|---|---|
| Exhibit 1 | Kingbright Corporation <br> c/o Wen Yu Sung <br> 225 Brea Canyon Road <br> City of Industry, CA 91789 <br> (Subpoena to Testify) |
| Exhibit 2 | Kingbright Corporation <br> c/o Wen Yu Sung <br> 225 Brea Canyon Road <br> City of Industry, CA 91789 <br> (Subpoena to Produce Documents) |
| Exhibit 3 | Code 3, Inc. <br> c/o John P. Sterrenberg <br> 10986 N. Warson Road <br> St. Louis, MO 63114 <br> (Subpoena to Testify) |
| Exhibit 4 | Code 3, Inc. <br> c/o John P. Sterrenberg <br> 10986 N. Warson Road <br> St. Louis, MO 63114 <br> (Subpoena to Produce Documents) |

|           |                              |
|-----------|------------------------------|
| Exhibit 5 | Light Engines LLC<br>c/o Patrick McGarrah<br>29 Library Lane South<br>Sturbridge, MA 01566<br>(Subpoena to Testify) |
| Exhibit 6 | Light Engines LLC<br>c/o Patrick McGarrah<br>29 Library Lane South<br>Sturbridge, MA 01566<br>(Subpoena to Produce Documents) |

OF COUNSEL:

William F. Lee
Cynthia D. Vreeland
Ryann M. Muir
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Heath A. Brooks
WILMER CUTLER PICKERING
HALE AND DORR LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

Lynne A. Borchers
MYERS BIGEL
4140 Parklake Ave., Suite 600
Raleigh, NC 27612
(919) 854-1400

Dated: July 28, 2011

/s/ *Laura D. Hatcher*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Plaintiff Cree, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2011, I caused to be served by electronic mail copies of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
rsmith@mnat.com

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wwright@orrick.com

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC 20005
srouth@orrick.com
sjensen@orrick.com

/s/ Laura D. Hatcher
Laura D. Hatcher (#5098)
hatcher@rlf.com