JUL-28-2011 15:02 P.02
Case 1:10-cv-00866-PD Document 111 Filed 07/28/11 Page 1 of 2 PageID #: 1350
Case 1:10-cv-00866-PD Document 110 Filed 07/28/11 Page 1 of 3 PageID #: 1347

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE, INC., <br> Plaintiff, <br><br> v. <br><br> SEMILEDS CORPORATION and HELIOS CREW CORP., <br><br> Defendants. | § § § § § § § § § § § § § C.A. No. 10-866-PD |

## STIPULATION AND ORDER TO EXTEND PAGE LIMITS

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the parties shall be limited to 35 pages for their respective Opening Claim Construction Briefs, and 20 pages for their respective Answering Claim Construction Briefs. The parties certify that the short extension of page limits is necessary in light of the number of claims that need to be construed in this case.

Approved: [signature]
7/28/11

RLF1 5017600v. 1

JUL-28-2011 14:50  P.03
Case 1:10-cv-00866-PD   Document 111   Filed 07/28/11   Page 2 of 2 PageID #: 1351
Case 1:10-cv-00866-PD   Document 110   Filed 07/28/11   Page 2 of 3 PageID #: 1348

| /s/ Rodger D. Smith, II | /s/ Laura D. Hatcher |
|---|---|
| Rodger D. Smith II (#3778) | Frederick L. Cottrell, III (#2555) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Anne Shea Gaza (#4093) |
| 1201 North Market Street | Laura D. Hatcher (#5098) |
| P.O. Box 1347 | RICHARDS, LAYTON & FINGER, P.A. |
| Wilmington, DE 19899 | One Rodney Square |
| (302) 658-9200 | 920 N. King Street |
| rsmith@mnat.com | Wilmington, Delaware 19801 |
|  | (302) 651-7700 |
|  | cottrell@rlf.com |
|  | gaza@rlf.com |
|  | hatcher@rlf.com |
| OF COUNSEL: | OF COUNSEL: |
| William H. Wright | William F. Lee |
| Orrick, Herrington & Sutcliffe LLP | Cynthia D. Vreeland |
| 777 South Figueroa Street | WILMER CUTLER PICKERING |
| Suite 3200 | HALE AND DORR LLP |
| Los Angeles, CA 90017 | 60 State Street |
| (213) 629-2020 | Boston, Massachusetts 02109 |
|  | (617) 526-6000 |
| Steven J. Routh | Heath A. Brooks |
| Sten A. Jensen | WILMER CUTLER PICKERING |
| Orrick, Herrington & Sutcliffe LLP | HALE AND DORR LLP |
| 1152 15th Street, NW | 1801 Pennsylvania, Avenue NW Washington, DC |
| Washington, DC 20005 | 20006 (202) 663-6000 |
| (202) 339-8400 *Attorneys for Defendants* |  |
|  | Lynne A. Borchers |
|  | MYERS BIGEL |
|  | 4140 Parklake Ave., Suite 600 |
|  | Raleigh, NC 27612 |
|  | (919) 854-1400 |
| Dated: July 28, 2011 |  |
|  | *Attorneys for Plaintiff* |