# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEMILEDS CORPORATION and HELIOS CREW CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 10-866-PSD |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (1) Cree, Inc.'s Objections and Response to Defendants' Fourth Set of Interrogatories (Nos. 15-25), (2) Plaintiff Cree, Inc.'s Responses to Defendants' First Requests for Admission; and (3) Plaintiff Cree, Inc.'s Objections and Responses to Defendants' Fourth Set of Document Requests were caused be served on August 1, 2011 as follows:

## VIA EMAIL

Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
rsmith@mnat.com

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wwright@orrick.com

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC 20005
srouth@orrick.com
sjensen@orrick.com

RLF1 3756728v. 1

<table>
<tr><td>

OF COUNSEL:

William F. Lee
Cynthia D. Vreeland
Ryann M. Muir
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Heath A. Brooks
WILMER CUTLER PICKERING
HALE AND DORR LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

Lynne A. Borchers
MYERS BIGEL
4140 Parklake Ave., Suite 600
Raleigh, NC 27612
(919) 854-1400

Dated: August 2, 2011

</td><td>

*/s/ Laura D. Hatcher*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Plaintiff Cree, Inc.*

</td></tr>
</table>