# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE INC., <br><br> Plaintiff, <br><br> v. <br><br> SEMILEDS CORPORATION, HELIOS CREW CORP. and SEMILEDS OPTOELECTRONICS CO., <br><br> Defendants. | C.A. No. 10-866-PD <br><br> **PUBLIC VERSION** |

## APPENDIX IN SUPPORT OF
## <u>DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF</u>

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                        Rodger D. Smith II (#3778)
                                        1201 North Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899
                                        (302) 658-9200
                                        rsmith@mnat.com

OF COUNSEL:                             *Attorneys for Defendants*

Steven J. Routh
Sten A. Jensen
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005

William H. Wright
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017

**Confidential Version Filed: August 26, 2011**
**Public Version Filed: August 29, 2011**

**TABLE OF EXHIBITS**

Exhibit 18:  U.S. Pat No. 7,759,670

Exhibit 19:  Jun. 16, 2011 Steven DenBarrs Dep. Tr. at 61:3 - 17

Exhibit 20:  AM. HERITAGE DICTIONARY (1996)

Exhibit 21:  U.S. Pat No. 5,779,924

Exhibit 22:  Krames et al., *High-power truncated-inverted pyramid $(Al_xGa_{1-x})_{0.5}In_{0.5}P/GaP$ light-emitting diodes exhibiting >50% external quantum efficiency*, Appl. Phys. Lett., Vol. 75, No. 16, Oct. 18, 1999, at 2365

Exhibit 23:  U.S. Patent No. 3,954,534

Exhibit 24:  U.S. Patent No. 5,793,062

Exhibit 25:  Kock et al., *Strongly directional emission from AlGaAs/GaAs light-emitting diodes*, Appl. Phys. Lett., Vol. 57, No. 22, Nov. 25, 1990, at 2327

Exhibit 26:  Schnitzer et al., *Ultrahigh spontaneous emission quantum efficiency, 99.7% internally and 72% externally, from AlGaAs/GaAs/AlGaAs double heterostructures*, Appl. Phys. Lett., Vol. 62, No. 2, Jan. 11, 1993, at 131

Exhibit 27:  U.S. Patent No. 7,795,623, Figs. 5 and 7a (annotations added)

Exhibit 28:  U.S. Patent Appl. Pub. No. US 2006/0163586

Exhibit 29:  U.S. Patent Appl. Pub. No. US 2002/0137243

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Frederick L. Cottrell, III, Esquire
> Anne Shea Gaza, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on August 29, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| William F. Lee, Esquire<br>Cynthia D. Vreeland, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109 | *VIA ELECTRONIC MAIL* |
| Heath A. Brooks, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1801 Pennsylvania Avenue, NW<br>Washington, DC  20006 | *VIA ELECTRONIC MAIL* |
| Lynne A. Borchers, Esquire<br>MYERS BIGEL<br>4140 Parklake Avenue, Suite 600<br>Raleigh, NC  27612 | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)