# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CREE INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | NO.   1:10-866 |
| **SEMILEDS CORPORATION, et al.** | : | |

## ORDER

On August 26, 2011 and August 29, 2011, the Parties submitted letters explaining that neither had been able complete third party discovery by August 26, 2011. Defendant explained that a deponent was in India and would not be returning to the United States until next month.

**AND NOW**, this 31th day of August, it is hereby **ORDERED** that all third party discovery shall be completed no later than **September 30, 2011**. I will not grant any further extensions.

                **IT IS SO ORDERED.**

                */s/ Paul S. Diamond*
                _____
                **Paul S. Diamond, J.**