IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEMILEDS CORPORATION, et al. | : | NO. 1:10-866 |

O R D E R

**AND NOW**, this 1st day of September, 2011, **IT IS HEREBY ORDERED** that

**1.** The Technology Tutorial scheduled on **September 7, 2011, is**

**RESCHEDULED to October 27, 2011 at 2:00 p.m.**

**2.** The Markman Hearing scheduled on September 12, 2011, is

**RESCHEDULED to November 4, 2011 at 10:00 a.m.**

s/paul s. diamond

_____
PAUL S. DIAMOND, J.

civil-o.frm (9/97)