## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE, INC., §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>SEMILEDS CORPORATION, HELIOS §<br>CREW CORP., and SEMILEDS §<br>OPTOELECTRONICS CO., §<br>§<br>Defendants. §<br>§ | C.A. No. 10-866-PSD<br><br>**REDACTED**<br>**PUBLIC VERSION** |

### SUPPLEMENTAL DECLARATION OF HEATH A. BROOKS IN SUPPORT OF
### CREE, INC.'S REBUTTAL CLAIM CONSTRUCTION BRIEF

OF COUNSEL:

William F. Lee
Cynthia D. Vreeland
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Heath A. Brooks
WILMER CUTLER PICKERING HALE
AND DORR LLP
1801 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

Lynne A. Borchers
MYERS BIGEL
4140 Parklake Ave., Suite 600
Raleigh, NC 27612
(919) 854-1400

Dated: August 26, 2011

Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Laura D. Hatcher (#5098)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square, 902 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
hatcher@rlf.com

*Attorneys for Plaintiff Cree, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 10-866-PSD |
| | § | |
| SEMILEDS CORPORATION, HELIOS | § | **REDACTED** |
| CREW CORP., and SEMILEDS | § | **PUBLIC VERSION** |
| OPTOELECTRONICS CO., LTD. | § | |
| | § | |
| Defendants. | § | |
| | § | |

## SUPPLEMENTAL DECLARATION OF HEATH A. BROOKS IN SUPPORT OF CREE, INC.'S REBUTTAL CLAIM CONSTRUCTION BRIEF

I, Heath A. Brooks, declare and state as follows:

1.       I am an attorney with the law firm of Wilmer, Cutler, Pickering, Hale and Dorr, LLP, counsel to Plaintiff, Cree Inc. ("Cree"). I am admitted *pro hac vice* in this case. I make the following statements in support of Cree, Inc.'s Rebuttal Claim Construction Brief. These statements are based on my personal knowledge and my review of information and documents assembled during the course of litigation.

2.       Attached hereto as Exhibit 27 is a true and correct copy of U.S. Patent No. 7,615,789, entitled Vertical Light Emitting Diode Device Structures;

3.       Attached hereto as Exhibit 28 is a true and correct copy of U.S. Patent No. 6,410,942, entitled Enhanced Light Extraction Through The Use of Micro-LED Arrays;

4.       Attached hereto as Exhibit 29 is a true and correct copy of U.S. Patent Application No. 2008/0035950, entitled Method to Make Low Resistance Contact;

5.       Attached hereto as Exhibit 30 is a true and correct copy of certain pages from the '236 file history, numbered CREEDEL-0000158-59;

6.      Attached hereto as Exhibit 31 is a true and correct copy of I. Schnitzer et al., *30% External Quantum Efficiency from Surface Textured, Thin-Film Light-Emitting Diodes,* APPL. PHYS. LETT. 63(16) (1993);

7.      Attached hereto as Exhibit 32 is a true and correct copy of certain pages from *Physics of Semiconductor Devices,* 3rd Edition, Sze and Ng (2006);

8.      Attached hereto as Exhibit 33 is a true and correct copy of certain pages from *VLSI Technology,* 2nd Edition, Sze (1988);

9.      Attached hereto as Exhibit 34 is a true and correct copy of certain pages from *The Physics of Semiconductors, An Introduction Including Devices and Nanophysics,* Grundmann (2006);

10.     Attached hereto as Exhibit 35 is a true and correct copy of certain pages from *Semiconductor Integrated Circuit Processing Technology,* Runyan & Bean (1994);

11.     Attached hereto as Exhibit 36 is a true and correct copy of certain pages from *Lectures on Solar Physics,* Antia et al., (2003);

12.     Attached hereto as Exhibit 37 is a true and correct copy of certain pages from *Physics for Scientists and Engineers,* Lerner (1997);

13.     Attached hereto as Exhibit 38 is a true and correct copy of certain pages from *Elements of Electricity,* Millikan and Bishop (1917);

14.     Attached hereto as Exhibit 39 is a true and correct copy of certain pages from *Electricity, Magnetism, and Light,* Saslow (2002); and

15.     Attached hereto as Exhibit 40 is a true and correct copy of certain pages from the rough transcript of the August 25, 2011 deposition of Alexei A. Erchuk, Ph.D.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on

August 26, 2011

By: _____
/ Heath A. Brooks

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2011, I caused to be served by electronic mail copies of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
rsmith@mnat.com

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wwright@orrick.com

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC 20005
srouth@orrick.com
sjensen@orrick.com

/s/ Laura D. Hatcher
Laura D. Hatcher (#5098)
hatcher@rlf.com

RLF1 3632898v. 1