

Laura D. Hatcher
302-651-7589
Hatcher@rlf.com

October 21, 2011

**VIA E-FILING AND FACSIMILE**

The Honorable Paul S. Diamond
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room #6613
Philadelphia, PA  19106-1710

      Re:    *Cree, Inc. v. SemiLEDs Corp. and Helios Crew Corp.*
             *C.A. No. 10-866-PD (D. Del.)*

Dear Judge Diamond:

      On behalf of Cree, Inc. ("Cree"), I write regarding Cree's Opening Claim Construction Brief (D.I. 119) and the Declaration of Heath A. Brooks in Support of Cree's Opening Claim Construction Brief (D.I. 121), filed on August 5, 2011.

      The brief referenced above contained references to deposition citations on page 7 that were incorrect, and Exhibit 8 to the declaration was missing the deposition pages corresponding to the correct citation.  The brief also contained a typographical error on page 17.

      Simultaneously herewith, Cree will file corrected versions of D.I. 119 and D.I. 121.  In these corrected versions, the above-mentioned typographical and citation errors and incorrect reference to exhibit pages have been corrected.  No other changes were made.  Cree apologizes for any inconvenience that this may have caused, and remains available to answer any questions the Court may have.

                                                  Respectfully,

                                                  */s/ Laura D. Hatcher*

                                                  Laura D. Hatcher (#5098)

Enclosures
cc:     All counsel of record (via e-mail)

∎ ∎ ∎

One Rodney Square ∎ 920 North King Street ∎ Wilmington, DE 19801 ∎ Phone: 302-651-7700 ∎ Fax: 302-651-7701
RLF1 5515008v. 1
www.rlf.com