IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SEMILEDS CORPORATION, HELIOS CREW CORP., and SEMILEDS OPTOELECTRONICS CO., LTD.,<br><br>Defendants. | C.A. No. 10-866-PSD |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
FOURTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Cree, Inc. ("Cree") respectfully moves this Court pursuant to Federal Rule of Civil Procedure 15 for leave to file its Fourth Amended Complaint for Patent Infringement. The grounds for this motion are fully set forth in Plaintiff's Opening Brief in Support of Its Motion for Leave to File Fourth Amended Complaint for Patent Infringement, filed contemporaneously herewith.

As required by Local Rule 15.1, attached hereto as exhibits are the following:

Exhibit 1 – Cree's proposed Fourth Amended Complaint for Patent Infringement; and

Exhibit 2 – Cree's proposed Fourth Amended Complaint for Patent Infringement marked to show changes from Cree's current Third Amended Complaint.

-2-

OF COUNSEL:

William F. Lee
Cynthia D. Vreeland
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Heath A. Brooks
WILMER CUTLER PICKERING
HALE AND DORR LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

Lynne A. Borchers
MYERS BIGEL
4140 Parklake Ave., Suite 600
Raleigh, NC 27612
(919) 854-1400


Dated: November 1, 2011

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Laura D. Hatcher (#5098)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
hatcher@rlf.com


*Attorneys for Plaintiff Cree, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2011, I caused to be served by electronic mail copies of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
rsmith@mnat.com

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wwright@orrick.com

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC 20005
srouth@orrick.com
sjensen@orrick.com

*/s/ Laura D. Hatcher*
Laura D. Hatcher (#5098)
hatcher@rlf.com