IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SEMILEDS CORPORATION, HELIOS CREW CORP., and SEMILEDS OPTOELECTRONICS CO., LTD.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 10-866-PSD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

WHEREAS, the Court having considered Plaintiff's Motion for Leave to File Fourth Amended Complaint for Patent Infringement, and for good cause having been shown;

IT IS HEREBY ORDERED on this _____ day of _____, 2001 that the Motion is GRANTED and Plaintiff is permitted to file and serve its Fourth Amended Complaint in the form attached as Exhibit 1 to the Motion. The Fourth Amended Complaint is to be deemed filed and served as of the date of this Order.

_____
United States District Judge