IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEMILEDS CORPORATION, HELIOS CREW CORP., and SEMILEDS OPTOELECTRONICS CO., LTD., <br><br> Defendants. | § § § § § § § § § § § § § § § | C.A. No. 10-866-PSD |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Pursuant to Local Rule 7.1.1, counsel for Plaintiff conferred with counsel for Defendants regarding the relief sought in the Motion for Leave to File Fourth Amended Complaint for Patent Infringement, and determined that counsel for Defendants do not currently consent to the relief sought therein.

| | |
|---|---|
| OF COUNSEL:<br>William F. Lee<br>Cynthia D. Vreeland<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br><br>Heath A. Brooks<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>1801 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6000<br><br>Lynne A. Borchers<br>MYERS BIGEL<br>4140 Parklake Ave., Suite 600<br>Raleigh, NC 27612<br>(919) 854-1400<br><br>Dated: November 1, 2011 | /s/ signature<br>Frederick L. Cottrell, III (#2555)<br>Cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Laura D. Hatcher (#5098)<br>hatcher@rlf.com<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>902 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br><br>*Attorneys for Plaintiff Cree, Inc.* |

2