

Frederick L. Cottrell, III
Director
302-651-7509
Cottrell@rlf.com

November 15, 2011

**VIA E-FILE AND FACSIMILE**

The Honorable Paul S. Diamond
United States District Court for the
  District of Delaware
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

        Re:    *Cree, Inc. v. SemiLEDS Corp. et al.*, C.A. No. 10-866-PSD

Dear Judge Diamond:

       I write on behalf of plaintiff Cree, Inc. regarding the rescheduling of the *Markman* hearing in the above-captioned matter (originally scheduled for September 12, 2011). From Cree's perspective, it is important that the *Markman* hearing go forward as soon as possible, because SemiLEDs' infringement is continuing and will continue until this case is resolved.

       The Court has offered multiple potential dates for the rescheduled hearing - including November 28, 29, December 5, 6, and 8. Although these dates have presented some conflicts for Cree, we have informed SemiLEDs multiple times over the last two weeks that we can arrange to have at least one attorney available to participate in the hearing on any of these dates. We have asked SemiLEDs to do the same, but it has continued to reject all of the dates proposed by the Court.

       Cree accordingly requests that the Court schedule the *Markman* hearing on November 28, 29, or December 5, 6, or 8. Each of the parties should be able to arrange for at least one attorney to be available on at least one of those dates. Cree also can be available on December 12, 19, 21, or 22 (alternative dates that SemiLEDs has proposed to Cree).

       Alternatively, Cree could be available for a call at the Court's convenience to discuss potential hearing dates.

The Honorable Paul S. Diamond
November 15, 2011
Page 2

                                                       Respectfully,

                                                       */s/ Frederick L. Cottrell, III*

                                                       Frederick L. Cottrell, III (#2555)
                                                       cottrell@rlf.com

cc:     Counsel of Record (via e-mail)