# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

November 16, 2011

**VIA E-FILING**

The Honorable Paul S. Diamond
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room #6613
Philadelphia, PA 19106-1710

    Re: *Cree, Inc. v. SemiLEDs Corp. and Helios Crew Corp.*,
       C.A. No. 10-866-PD (D. Del.)

Dear Judge Diamond:

  I am writing on behalf of the SemiLEDs defendants in response to Cree's November 15, 2011 letter to the Court concerning a new date for the Markman hearing. Unfortunately, SemiLEDs is not available on November 28 or 29, or December 5, 6 or 8. However, as we previously informed Cree, SemiLEDs is available on December 12-16, December 19-22, or anytime on or after January 9. Cree states in its letter that it can be available on December 12, 19, 21 or 22, and it has not identified any scheduling problems with dates on or after January 9. Accordingly, SemiLEDs requests that the Court schedule the hearing on one of those mutually acceptable dates.

  SemiLEDs looks forward to presenting its claim construction arguments at the *Markman* hearing in this case.

                Respectfully,

                */s/ Rodger D. Smith II*

                Rodger D. Smith II (#3778)

cc:  Counsel of Record