

Frederick L. Cottrell, III
Director
302-651-7509
Cottrell@rlf.com

November 16, 2011

**VIA E-FILE AND FACSIMILE**

The Honorable Paul S. Diamond
United States District Court for the
  District of Delaware
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

      Re:    *Cree, Inc. v. SemiLEDS Corp. et al.*, C.A. No. 10-866-PSD

Dear Judge Diamond:

      We apologize for submitting another letter to the Court concerning the *Markman* hearing, but we wanted to clarify a misunderstanding concerning Cree's availability in December. As previously stated, Cree can be available on any of the dates that the Court has proposed for the hearing (November 28 or 29, or December 5, 6, or 8). With regard to the alternative dates proposed by SemiLEDs, for which we understand the Court may not be available, Cree misunderstood SemiLEDs' availability the week of December 12. Cree also can be available for the hearing the remainder of that week (December 12, 13, 14, 15, or 16), or on December 19, 21, or 22.

      Respectfully,

      */s/ Frederick L. Cottrell, III*

      Frederick L. Cottrell, III (#2555)
      cottrell@rlf.com

cc:    Counsel of Record (via e-mail)