IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEMILEDS CORPORATION, et al. | : | NO. 1:10-866 |

O R D E R

AND NOW, this 16th day of November, 2011, IT IS HEREBY ORDERED that any conference scheduled in the above-captioned case is CANCELLED at a date to be determined by the United States District Court for the District of Delaware.

s/paul s. diamond

_____
PAUL S. DIAMOND, J.

civil-o.frm (9/97)