# EXHIBIT 1



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CALIFORNIA 90017-5855

tel +1-213-629-2020
fax +1-213-612-2499

WWW.ORRICK.COM

July 29, 2011

Amy L. Maruska
(213) 612-2284
amaruska@orrick.com

*VIA FTP AND FEDERAL EXPRESS*

Heath A. Brooks, Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006

Re: Cree, Inc. v. SemiLEDs Corporation, et al.
    Case No. 1:10-cv-00866-PD

Dear Mr. Brooks:

Enclosed please find one hard drive containing documents produced by Defendants bearing Bates numbers LEDS0117073 – LEDS0127945. Please be advised the documents have been marked "Highly Confidential" pursuant to the protective order.

Sincerely,

*/s/ Amy Maruska*

Amy L. Maruska,
Senior Paralegal

OHS WEST:261244737.1

# EXHIBIT 2



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CALIFORNIA 90017-5855

tel +1-213-629-2020
fax +1-213-612-2499

WWW.ORRICK.COM

September 23, 2011

Amy L. Maruska
(213) 612-2284
amaruska@orrick.com

*VIA FEDERAL EXPRESS*

Heath A. Brooks, Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006

Re:   Cree, Inc. v. SemiLEDs Corporation, et al.
      Case No. 1:10-cv-00866-PD

Dear Mr. Brooks:

Enclosed please find three CDs containing documents produced by Defendants bearing Bates numbers LEDS0166375 - LEDS0166677; LEDS016678 – LEDS0181325; LEDS01811326 – LEDS0182892. Please be advised the documents have been marked "Highly Confidential" pursuant to the protective order.

Sincerely,

Amy L. Maruska,
Senior Paralegal

encls

OHS WEST:261301008.1

# EXHIBIT 3

# MYERS BIGEL SIBLEY & SAJOVEC, P.A.

## PATENT LAWYERS

| | | | |
|---|---|---|---|
| D. Randal Ayers | Robert W. Glatz | Robert M. Meeks | Adam L. Rucker |
| David D. Beatty | Vernon H. Guthrie | Mary L. Miller, Ph.D. | Rohan G. Sabapathypillai |
| Mitchell S. Bigel | David C. Hall | D. Scott Moore | F. Michael Sajovec |
| Erin R. Bobay | Scott C. Hatfield | Sherry L. Murphy | Robert A. Schwartzman, Ph.D. |
| Needham J. Boddie, II | Lori W. Herman, Ph.D. | Bruce E. Owens, Jr. | Grant J. Scott |
| Alice M. Bonnen, Ph.D. | Laura M. Kelley | Stephen J. Petroski | Kenneth D. Sibley |
| Lynne A. Borchers | Shawna C. Lemon, Ph.D. | David K. Purks | Elizabeth A. Stanek |
| James R. Cannon | Karen A. Magri, Ph.D. | Julie H. Richardson | Richard P. Vitek |
| Robert N. Crouse | | | Timothy J. Wall |

August 1, 2011

**VIA HAND DELIVERY**

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

Re: *Cree, Inc. v. SemiLEDS Corporation and Helios Crew Corp.*
    Case No. 1:10-cv-00866-PD
    Our Ref. 9300-31

Dear Steven and Sten:

Enclosed are production documents designated as CREEDEL-04955473 – CREEDEL-04962617.

Please note that documents in this production are designated HIGHLY CONFIDENTIAL, and thus, are to be accorded Outside Counsel Eyes Only access.

Sincerely,

/s/ Lynne A. Borchers

Lynne A. Borchers

Enclosures

---

| Mailing Address: | O: (919) 854-1400 | Street Address: | instructions@myersbigel.com |
|---|---|---|---|
| PO Box 37428 | F: (919) 854-1401 | 4140 Parklake Ave. | www.myersbigel.com |
| Raleigh, NC 27627 | Int'l: + 1 919 854 1400 | Suite 600 | I-Not Licensed with the USPTO |
| | | Raleigh, NC 27612 | |

# EXHIBIT 4

# MYERS BIGEL SIBLEY & SAJOVEC, P.A.

## PATENT LAWYERS

| | | | |
|---|---|---|---|
| D. Randal Ayers | Robert W. Glatz | Mary L. Miller, Ph.D. | Rohan G. Sabapathypillai |
| David D. Beatty | Vernon H. Guthrie | D. Scott Moore | F. Michael Sajovec |
| Mitchell S. Bigel | David C. Hall | Sherry L. Murphy | Robert A. Schwartzman, Ph.D. |
| Erin R. Bobay | Scott C. Hatfield | Bruce E. Owens, Jr. | Grant J. Scott |
| Needham J. Boddie, II | Lori W. Herman, Ph.D. | Stephen J. Petroski | Kenneth D. Sibley |
| Alice M. Bonnen, Ph.D. | Laura M. Kelley | David K. Purks | Elizabeth A. Stanek |
| Lynne A. Borchers | Shawna C. Lemon, Ph.D. | Julie H. Richardson | Richard P. Vitek |
| James R. Cannon | Karen A. Magri, Ph.D. | Adam L. Rucker | Timothy J. Wall |
| Robert N. Crouse | Robert M. Meeks | | |

August 11, 2011

**<u>VIA EMAIL</u>**

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

    Re:    *Cree, Inc. v. Semileds Corporation and Helios Crew Corp.*
              Case No. 1:10-cv-00866-PD
              <u>Our Ref. 9300-31</u>

Dear Steven and Sten:

    Enclosed please find Cree production documents CREEDEL-04962622 – CREEDEL-04962630.

    Please confirm receipt of this email-only communication by return email.

                          Sincerely,

                          */s/ Lynne A. Borchers*

                          Lynne A. Borchers

LAB:apd
Enclosures

| Mailing Address: | O: (919) 854-1400 | Street Address: | **instructions@myersbigel.com** |
|---|---|---|---|
| PO Box 37428 | F: (919) 854-1401 | 4140 Parklake Ave. | www.myersbigel.com |
| Raleigh, NC 27627 | Int'l: + 1 919 854 1400 | Suite 600 | |
| | | Raleigh, NC 27612 | |

# EXHIBIT 5

# MYERS BIGEL SIBLEY & SAJOVEC, P.A.

## PATENT LAWYERS

| | | | |
|---|---|---|---|
| D. Randal Ayers | Robert W. Glatz | Mary L. Miller, Ph.D. | Rohan G. Sabapathypillai |
| David D. Beatty | Vernon H. Guthrie | D. Scott Moore | F. Michael Sajovec |
| Mitchell S. Bigel | David C. Hall | Sherry L. Murphy | Robert A. Schwartzman, Ph.D. |
| Erin R. Bobay | Scott C. Hatfield | Bruce E. Owens, Jr. | Grant J. Scott |
| Needham J. Boddie, II | Lori W. Herman, Ph.D. | Stephen J. Petroski | Kenneth D. Sibley |
| Alice M. Bonnen, Ph.D. | Laura M. Kelley | David K. Purks | Elizabeth A. Stanek |
| Lynne A. Borchers | Shawna C. Lemon, Ph.D. | Julie H. Richardson | Richard P. Vitek |
| James R. Cannon | Karen A. Magri, Ph.D. | Adam L. Rucker | Timothy J. Wall |
| Robert N. Crouse | Robert M. Meeks | | |

October 7, 2011

**VIA FEDERAL EXPRESS**

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

    Re:   *Cree, Inc. v. Semileds Corporation and Helios Crew Corp.*
           Case No. 1:10-cv-00866-PD
           Our Ref. 9300-31

Dear Steven and Sten:

    Enclosed please find Cree production documents CREEDEL-0496231 - CREEDEL-04962657.

    Please note that documents in this production are designated HIGHLY CONFIDENTIAL, and thus, are to be accorded Outside Counsel Eyes Only access.

                          Sincerely,

                          */s/ Lynne A. Borchers*

                        Lynne A. Borchers

LAB:apd
Enclosures

Mailing Address:   O: (919) 854-1400   Street Address:   instructions@myersbigel.com
PO Box 37428         F: (919) 854-1401    4140 Parklake Ave.   www.myersbigel.com
Raleigh, NC 27627   Int'l: + 1 919 854 1400  Suite 600
                                                             Raleigh, NC 27612

# EXHIBIT 6

## FULLY REDACTED

# EXHIBIT 7

## FULLY REDACTED

# EXHIBIT 8

## FULLY REDACTED

# EXHIBIT 9

## FULLY REDACTED