IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 10-866 (RGA) |
| ) | |
| SEMILEDS CORPORATION, HELIOS ) | |
| CRES CORP. and SEMILEDS ) | |
| OPTOELECTRONICS CO. LTD., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants' Rule 26(a)(1) Second Amended Initial Disclosures* were caused to be served on December 12, 2011, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                                   *VIA ELECTRONIC MAIL*
Laura D. Hatcher, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Cynthia D. Vreeland, Esquire                                     *VIA ELECTRONIC MAIL*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109

Heath A. Brooks, Esquire                                            *VIA ELECTRONIC MAIL*
WILMER CUTLER PICKERING HALE AND DORR LLP
1801 Pennsylvania Avenue, NW
Washington, DC  20006

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  |  |
|  | */s/ Rodger D. Smith II* |
|  | _____ |
| OF COUNSEL: | Rodger D. Smith II (#3778) |
|  | 1201 North Market Street |
| Steven J. Routh | P.O. Box 1347 |
| Sten A. Jensen | Wilmington, DE  19899 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | (302) 658-9200 |
| 1152 15th Street, NW | rsmith@mnat.com |
| Washington DC  20005 |  |
| (202) 339-8400 | *Attorneys for Defendants* |

December 13, 2011

2936476

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on December 13, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| William F. Lee, Esquire<br>Cynthia D. Vreeland, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109 | *VIA ELECTRONIC MAIL* |
| Heath A. Brooks, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1801 Pennsylvania Avenue, NW<br>Washington, DC  20006 | *VIA ELECTRONIC MAIL* |
| Lynne A. Borchers, Esquire<br>MYERS BIGEL<br>4140 Parklake Avenue, Suite 600<br>Raleigh, NC  27612 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)