IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 10-866-RGA |
| SEMILEDS CORPORATION, et al., | : |
| Defendants. | : |

## ORDER

For the reasons stated in open court, this **21st** day of **December 2011**, IT IS HEREBY ORDERED that:

1. The Motion to Dismiss Based upon Defendants' Inequitable Conduct Counterclaim and Affirmative Defense (D.I. 78) is granted, and the Defendant's Eighth Defense and Third Counterclaim are dismissed without prejudice;

2. The Motion for Leave to File Fourth Amended Complaint for Patent Infringement (D.I. 153) is granted; and

3. This matter is referred to a magistrate judge to explore the possibility of alternative dispute resolution.

_____
United States District Judge