**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CREE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEMILEDS CORPORATION, HELIOS CREW CORP., and SEMILEDS OPTOELECTRONICS CO., LTD. <br><br> Defendants. | Case No. 1:10-cv-00866-PSD <br><br> REDACTED <br> PUBLIC VERSION |

**DECLARATION OF RYANN M. MUIR SUPPORTING PLAINTIFF'S OPENING BRIEF IN SUPPORT OF ITS RENEWED MOTION TO DISMISS DEFENDANTS' INEQUITABLE CONDUCT COUNTERCLAIM AND AFFIRMATIVE DEFENSE**

I, Ryann M. Muir, declare and state as follows:

1. I am an attorney with the law firm of Wilmer, Cutler, Pickering, Hale and Dorr, LLP, counsel to Plaintiff, Cree Inc. ("Cree"). I am admitted *pro hac vice* in this case. I make the following statements supporting Plaintiff's Opening Brief in Support of Its Renewed Motion to Dismiss Defendants' Inequitable Conduct Counterclaim and Affirmative Defense. These statements are based on my personal knowledge and based on my review of information and documents assembled during the course of litigation.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 7,737,459 entitled High Output Group III Nitride Light Emitting Diodes;

3. Attached hereto as Exhibit 2 is a true and correct copy of certain pages from the Manual of Patent Examining Procedure, Original Eighth Edition, August 2001, Latest Revision, July, 2010;

4.  Attached hereto as Exhibit 3 is a true and correct copy of *EBay Inc. v. IDT Corp.*, No. 08-cv-4015, 2009 WL 2706395 (W.D. Ark. Aug. 24, 2009);

5.  Attached hereto as Exhibit 4 is a true and correct copy of *Sprint Commc'ns Co. v. Nuvox Commc'ns, Inc.*, No. 08-2047, 2009 WL 86565 (D. Kan. Jan. 12, 2009);

6.  Attached hereto as Exhibit 5 is a true and correct copy of *Bone Care Int'l LLC v. Pentech Pharm., Inc.*, No. 08-cv-1083, 2010 WL 4102264 (N.D.Ill. Oct. 6, 2010);

7.  Attached hereto as Exhibit 6 is a true and correct copy of the U. S. Patent Application for U.S. Patent No. 7,737,459 entitled High Output Group III Nitride Light Emitting Diodes;

8.  Attached hereto as Exhibit 7 is a true and correct copy of certain pages from the transcript of the August 24, 2011 deposition of Philip Summa;

I declare under the penalty of perjury that the foregoing is true and correct. Executed on January 17, 2011.

By: _____
Ryann M. Muir

ACTIVEUS 92155380v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2012, I caused to be served by electronic mail copies of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
rsmith@mnat.com

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wwright@orrick.com

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC 20005
srouth@orrick.com
sjensen@orrick.com

*/s/ Laura D. Hatcher*_____
Laura D. Hatcher (#5098)
hatcher@rlf.com