**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CREE, INC., §<br><br>Plaintiff, §<br><br>v. §<br><br>SEMILEDS CORPORATION, HELIOS §<br>CREW CORP., and SEMILEDS §<br>OPTOELECTRONICS CO., LTD. §<br><br>Defendants. § | Case No. 1:10-cv-00866-PSD |

**DECLARATION OF RYANN M. MUIR SUPPORTING PLAINTIFF'S REPLY BRIEF**
**IN SUPPORT OF ITS RENEWED MOTION TO DISMISS DEFENDANTS'**
**INEQUITABLE CONDUCT COUNTERCLAIM AND AFFIRMATIVE DEFENSE**

I, Ryann M. Muir, declare and state as follows:

1.     I am an attorney with the law firm of Wilmer, Cutler, Pickering, Hale and Dorr, LLP, counsel to Plaintiff, Cree Inc. ("Cree"). I am admitted *pro hac vice* in this case. I make the following statements supporting Plaintiff's Reply Brief in Support of Its Renewed Motion to Dismiss Defendants' Inequitable Conduct Counterclaim and Affirmative Defense. These statements are based on my personal knowledge and based on my review of information and documents assembled during the course of litigation.

2.     Attached hereto as Exhibit 1 is a true and correct copy of Patent Owner's Supplemental Response to First Office Action Pursuant to 37 C.F.R. 1.945(B) (filed Oct. 25, 2011);

3.     Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 6,703,469 entitled Anionic Polymers Composed of Dicarboxylic Acids and Uses Thereof;

4.      Attached hereto as Exhibit 3 is a true and correct copy U.S. Patent No. 6,332,760 entitled Inflatable Product Provided with Built-In Battery Case and Socket;

5.      Attached hereto as Exhibit 4 is a true and correct copy U.S. Patent No. 6,036,662 entitled Oscillatory Chest Compression Device;

6.      Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 5,769,797 entitled Oscillatory Chest Compression Device;

7.      Attached hereto as Exhibit 6 is a true and correct copy of *Advanced Respiratory, Inc. v. Electromed, Inc.*, No. 00-2646, 2002 U.S. Dist. LEXIS 20351 (D. Minn. Oct. 22, 2002).

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on February 13, 2012.

By:_____
        Ryann M. Muir

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2012, I caused to be served by electronic mail copies

of the foregoing document and electronically filed the same with the Clerk of Court using

CM/ECF which will send notification of such filing(s) to the following:

Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
rsmith@mnat.com

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wwright@orrick.com

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC 20005
srouth@orrick.com
sjensen@orrick.com

*/s/ Laura D. Hatcher*
Laura D. Hatcher (#5098)
hatcher@rlf.com