IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SEMILEDS CORPORATION, HELIOS CREW CORP., and SEMILEDS OPTOELECTRONICS CO., LTD.<br><br>  Defendants. | C.A. No. 10-866-RGA |

### CREE, INC.'S NOTICE OF DEPOSITION OF IKE CHEN

PLEASE TAKE NOTICE that Plaintiff Cree, Inc. ("Cree"), by and through its attorneys, will take the deposition upon oral examination of Ike Chen pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:00 a.m. on Wednesday, March 21, 2012 at the Sheraton Hsinchu Hotel, No. 265, Dong Sec. 1, Guangming 6th Road, Zhubei City, Hsinchu County, Taiwan, R.O.C., 新竹喜來登大飯店, 新竹縣竹北市光明六路東一段265號, 臺灣 or at such other time and place as agreed by counsel. The testimony shall be before a notary public or other person authorized to administer oaths. Testimony shall be recorded by stenographic means, and will also be videotaped.

The deposition will proceed in accordance with the Federal Rules of Civil Procedure and will continue from day to day until completed, unless otherwise agreed. You are invited to attend and cross-examine.

-2-

OF COUNSEL:

William F. Lee
Cynthia D. Vreeland
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Heath A. Brooks
WILMER CUTLER PICKERING HALE
AND DORR LLP
1801 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

Lynne A. Borchers
MYERS BIGEL
4140 Parklake Ave., Suite 600
Raleigh, NC 27612
(919) 854-1400

Dated: March 6, 2012

/s/ Laura D. Hatcher
Frederick L. Cottrell, III (#2555)
Laura D. Hatcher (#5098)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
902 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
Cottrell@rlf.com
Hatcher@rlf.com

*Attorneys for Defendant/Counterclaim Plaintiff Cree Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2012, I caused to be served by electronic mail copies of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
rsmith@mnat.com

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wwright@orrick.com

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington DC 20005
srouth@orrick.com
sjensen@orrick.com

/s/ Laura D. Hatcher
Laura D. Hatcher (#5098)
hatcher@rlf.com