IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 10-866 (RGA) |
| ) | |
| SEMILEDS CORPORATION, ) | |
| HELIOS CREW CORP. and SEMILEDS ) | |
| OPTOELECTRONICS CO. LTD., ) | |
| ) | |
| Defendants. ) | |

## **DEFENDANTS' NOTICE OF DEPOSITION OF GEORGE BRANDES**

PLEASE TAKE NOTICE that SemiLEDs Corporation ("SemiLEDs"), SemiLEDs Optoelectronics, Inc. ("Semi-Opto") and Helios Crew Corporation ("Helios") (collectively, "Defendants"), by and through their attorneys, will take the deposition upon oral examination of George Brandes pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:00 a.m. on March 13, 2012, at Myers Bigel Sibley & Sajovec, PA, 4140 Parklake Avenue, Suite 600, Raleigh, NC 27612.  The testimony shall be before a notary public or other person authorized to administer oaths.  The testimony shall be recorded by stenographic means and will also be videotaped.

The deposition will proceed in accordance with the Federal Rules of Civil Procedure and will continue from day to day until completed, unless otherwise agreed.  You are invited to attend and cross-examine.

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Rodger D. Smith II*

                                      _____
                                      Rodger D. Smith II (#3778)
                                      1201 North Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899
                                      (302) 658-9200
                                      rsmith@mnat.com

OF COUNSEL:                            *Attorneys for Defendants*

G. Hopkins Guy III
Michael F. Heafey
Jacob M. Heath
ORRICK, HERRINGTON & SUTCLIFF LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Sten A. Jensen
ORRICK, HERRINGTON & SUTCLIFF LLP
1152 15th Street, NW
Washington DC 20005
(202) 339-8400

Michael D. Owens
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
(213) 629-2020

March 7, 2012

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on March 7, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| William F. Lee, Esquire<br>Cynthia D. Vreeland, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109 | *VIA ELECTRONIC MAIL* |
| Heath A. Brooks, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1801 Pennsylvania Avenue, NW<br>Washington, DC  20006 | *VIA ELECTRONIC MAIL* |
| Lynne A. Borchers, Esquire<br>MYERS BIGEL<br>4140 Parklake Avenue, Suite 600<br>Raleigh, NC  27612 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)