IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREE, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 10-866-RGA |
| SEMILEDS CORPORATION, HELIOS CREW CORP., and SEMILEDS OPTOELECTONICS CO., LTD. | § § § § | |
| Defendants. | § § | |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jason J. Rawnsley of Richards, Layton & Finger, P.A., enters his appearance as counsel on behalf of Plaintiff Cree, Inc. in the above-captioned matter.

| | |
|---|---|
| OF COUNSEL: | /s/ Jason J. Rawnsley |
| William F. Lee | Frederick L. Cottrell, III (#2555) |
| Cynthia D. Vreeland | Laura D. Hatcher (#5098) |
| WILMER CUTLER PICKERING | Jason J. Rawnsley (#5379) |
| HALE & DORR LLP | RICHARDS, LAYTON & FINGER, P.A. |
| 60 State Street | One Rodney Square |
| Boston, MA 02109 | 902 N. King Street |
| (617) 526-6000 | Wilmington, Delaware 19801 |
| | (302) 651-7700 |
| Heath A. Brooks | Cottrell@rlf.com |
| WILMER CUTLER PICKERING | Hatcher@rlf.com |
| HALE & DORR LLP | Rawnsley@rlf.com |
| 1801 Pennsylvania Avenue NW | |
| Washington, DC 20006 | *Attorneys for Plaintiff Cree Inc.* |
| (202) 663-6000 | |

Lynne A. Borchers
MYERS BIGEL
4140 Parklake Ave., Suite 600
Raleigh, NC 27612
(919) 854-1400

Dated: March 14, 2012

RLF1 5900391v. 1