## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREE, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 10-866-RGA |
| SEMILEDS CORPORATION, HELIOS CREW CORP., and SEMILEDS OPTOELECTONICS CO., LTD. | § § § § | |
| Defendants. | § § | |

### NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Laura D. Hatcher of Richards, Layton & Finger, P.A. hereby withdraws her appearance in this action on behalf of Plaintiff, Cree, Inc.  Richards, Layton & Finger, P.A. and Wilmer Cutler Pickering Hale and Dorr LLP continue to represent Cree, Inc.

OF COUNSEL:

William F. Lee
Cynthia D. Vreeland
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Heath A. Brooks
WILMER CUTLER PICKERING HALE
AND DORR LLP
1801 Pennsylvania Avenue NW
Washington, DC  20006
(202) 663-6000

Lynne A. Borchers
MYERS BIGEL
4140 Parklake Ave., Suite 600
Raleigh, NC  27612
(919) 854-1400

Dated:  March 16, 2012

/s/ Laura D. Hatcher
Frederick L. Cottrell, III (#2555)
Laura D. Hatcher (#5098)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
902 N. King Street
Wilmington, Delaware  19801
(302) 651-7700
Cottrell@rlf.com
Hatcher@rlf.com
Rawnsley@rlf.com

*Attorneys for Defendant/Counterclaim Plaintiff
Cree Inc.*