IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREE INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 10-866-RGA |
| SEMILEDS CORPORATION, et al., | : | |
| Defendants. | : | |

**ORDER**

This **16th** day of **March 2012**, for the reasons stated in open court, IT IS HEREBY ORDERED that:

The Plaintiff's Renewed Motion to Dismiss Defendants' Inequitable Conduct Counterclaim and Affirmative Defense (D.I. 177) is **GRANTED** and Defendants' Inequitable Conduct Counterclaim and Affirmative Defense is **STRICKEN**.

*[signature]*
United States District Judge