IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-866 (RGA) |
| | ) | |
| SEMILEDS CORPORATION, HELIOS CREW CORP. and SEMILEDS OPTOELECTRONICS CO. LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, subject to the approval of the Court, that the following dates set forth in the Scheduling Order entered February 6, 2012, are changed as follows:

Opening Expert Reports: from April 30, 2012 to June 15, 2012

Responsive Expert Reports: from May 31, 2012 to July 16, 2012

Close of Expert Discovery: from June 30, 2012 to August 15, 2012

Summary Judgment Opening Briefs: from July 31, 2012 to September 14, 2012

Opposition Briefs: from August 31, 2012 to October 15, 2012

Reply Briefs: from September 14, 2012 to October 31, 2012

Hearing on Summary Judgment: from November 2, 2012 to November 16, 2012

Pretrial Conference: from February 1, 2013 to February 8, 2013.

All other dates in the Scheduling Order remain unchanged.

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Jason J. Rawnsley*

Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
*Attorneys for Defendants*

April 5, 2012

SO ORDERED this __ day of ____________, 2012.

______________________________
United States District Judge

5838053