IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-866 (RGA) |
| | ) |
| SEMILEDS CORPORATION, | ) |
| HELIOS CREW CORP. and SEMILEDS | ) |
| OPTOELECTRONICS CO. LTD., | ) |
| | ) |
| Defendants. | ) |

## REVISED STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, subject to the approval of the Court, that the following dates set forth in the Scheduling Order entered February 6, 2012, are changed as follows:

Opening Expert Reports: from April 30, 2012 to June 15, 2012

Responsive Expert Reports: from May 31, 2012 to July 16, 2012

Close of Expert Discovery: from June 30, 2012 to August 15, 2012

Summary Judgment Opening Briefs: from July 31, 2012 to September 14, 2012

Opposition Briefs: from August 31, 2012 to October 15, 2012

Reply Briefs: from September 14, 2012 to October 31, 2012

Hearing on Summary Judgment: from November 2, 2012 to December 6, 2012, at 9:30 a.m.

Pretrial Conference: from February 1, 2013 to February 8, 2013 at 4:30 p.m.

All other dates in the Scheduling Order remain unchanged.

| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Jason J. Rawnsley* | */s/ Rodger D. Smith II* |
| Frederick L. Cottrell, III (#2555) <br> Jason J. Rawnsley (#5379) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> cottrell@rlf.com <br> rawnsley@rlf.com <br> *Attorneys for Plaintiff* | Rodger D. Smith II (#3778) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> rsmith@mnat.com <br> *Attorneys for Defendants* |

SO ORDERED this 10th day of April, 2012.

_____
United States District Judge

5854935

2