IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 10-866 (RGA) |
| SEMILEDS CORPORATION, | ) | |
| HELIOS CREW CORP. and SEMILEDS | ) | |
| OPTOELECTRONICS CO. LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that G. Hopkins Guy III, attorney for defendants in the above action, and formerly with the law firm of ORRICK, HERRINGTON & SUTCLIFFE LLP, is now with the law firm of BAKER BOTTS LLP as follows:

> G. Hopkins Guy III
> BAKER BOTTS LLP
> 1001 Page Mill Road, Building 1
> Palo Alto, CA  94304
> (650)739-7510
> hop.guy@bakerbotts.com

It is requested that the new contact information listed above be used for all purposes, effective immediately.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendants*

OF COUNSEL:

G. Hopkins Guy III
BAKER BOTTS LLP
1001 Page Mill Road, Building 1
Palo Alto, CA  94304
(650)739-7510

Michael F. Heafey
Jacob M. Heath
ORRICK, HERRINGTON & SUTCLIFF LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Sten A. Jensen
ORRICK, HERRINGTON & SUTCLIFF LLP
1152 15th Street, NW
Washington DC 20005
(202) 339-8400

Michael D. Owens
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
(213) 629-2020

April 18, 2012
5872119.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on April 18, 2012, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                    *VIA ELECTRONIC MAIL*
Jason J. Rawnsley, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

William F. Lee, Esquire                                *VIA ELECTRONIC MAIL*
Cynthia D. Vreeland, Esquire
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109

Heath A. Brooks, Esquire                               *VIA ELECTRONIC MAIL*
WILMER CUTLER PICKERING HALE AND DORR LLP
1801 Pennsylvania Avenue, NW
Washington, DC  20006

Lynne A. Borchers, Esquire                             *VIA ELECTRONIC MAIL*
MYERS BIGEL
4140 Parklake Avenue, Suite 600
Raleigh, NC  27612

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)