IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-866 (RGA) |
| | ) |
| SEMILEDS CORPORATION, | ) REDACTED |
| HELIOS CREW CORP. and SEMILEDS | ) PUBLIC VERSION |
| OPTOELECTRONICS CO. LTD., | ) |
| | ) |
| Defendants. | ) |

### STIPULATION & ORDER

REDACTED


REDACTED

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, subject to the approval of the Court, that the following dates set forth in the Scheduling Order (D.I. 52), as amended (D.I. 189, 210), are changed as follows:

*Opening Expert Reports*: from June 15, 2012 to July 16, 2012

*Responsive Expert Reports*: from July 16, 2012 to August 15, 2012

*Close of Expert Discovery*: from August 15, 2012 to September 14, 2012

*Summary Judgment Opening Briefs*: from September 14, 2012 to October 8, 2012

*Summary Judgment Opposition Briefs*: from October 15, 2012 to October 29, 2012

*Summary Judgment Reply Briefs*: from October 31, 2012 to November 12, 2012

All other dates in the Scheduling Order shall remain unchanged.

RLF1 6035944v. 1

| | |
|---|---|
| /s/ Jason J. Rawnsley | /s/ Rodger D. Smith II |
| Frederick L. Cottrell, III (#2555) | Rodger D. Smith II (#3778) |
| Jason J. Rawnsley (#5379) | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| RICHARDS, LAYTON & FINGER, P.A. | 1201 North Market Street |
| One Rodney Square | P.O. Box 1347 |
| 920 North King Street | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 651-7700 | rsmith@mnat.com |
| cottrell@rlf.com | |
| rawnsley@rlf.com | *Attorneys for Defendants SemiLEDs Corp., Helios Crew Corp., and SemiLEDs Optoelectronics Co., Ltd.* |
| *Attorneys for Plaintiff Cree, Inc.* | |

Dated: May 22, 2012

SO ORDERED this ___ day of _____, 2012.

_____
United States District Judge